**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| INVENERGY RENEWABLES LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA, OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE, UNITED STATES TRADE REPRESENTATIVE ROBERT E. LIGHTHIZER, U.S. CUSTOMS AND BORDER PROTECTION, and ACTING COMMISSIONER OF U.S. CUSTOMS AND BORDER PROTECTION MARK A. MORGAN,<br><br>　　　　　　Defendants. | Case No. 19-00192 |

### RESPONSE TO MOTION TO STAY EFFECTIVE DATE OF WITHDRAWAL UNTIL NOVEMBER 8, 2019

Pursuant to Rule 7 of the Rules of the Court, Plaintiff responds to the Defendants request to extend the current effective date of Withdrawal of Bifacial Solar Panels Exclusion to the Solar Products Safeguard Measure, 84 Fed. Reg. 54,244 (USTR Oct. 9, 2019), until November 8, 2019, which is 30 days after the withdrawal was issued. We do not oppose that Motion.

The withdrawal is currently set to take effect on October 28, 2019. We agree that issuance of the order would allow the Court additional time to address the arguments that the parties put forth in their respective filings and, thus, foster the just, speedy, and inexpensive resolution of this action. USCIT R. 1.

                              Respectfully submitted,

Dated: October 25, 2019

                          John Brew
                          Robert LaFrankie
                          Leland P. Frost
                          CROWELL & MORING LLP
                          1001 Pennsylvania Ave., N.W.
                          Washington, D.C. 20004
                          (202) 624-2500

                          <u>/s/Frances Hadfield</u>
                          CROWELL & MORING LLP
                          590 Madison Ave, 20th Floor
                          New York, New York 10022
                          (212) 803-4040