# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| INVENERGY RENEWABLES LLC,<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE, UNITED STATES TRADE REPRESENTATIVE ROBERT E. LIGHTHIZER, U.S. CUSTOMS AND BORDER PROTECTION, and ACTING COMMISSIONER OF U.S. CUSTOMS AND BORDER PROTECTION MARK A. MORGAN,<br><br>        Defendants. | Before: Judge Gary S. Katzmann<br>Court No. 19-00192 |

## ORDER

On consideration of the Motion for a Temporary Restraining Order filed by Plaintiff, Invenergy Renewables LLC (ECF No. 16); and all other papers and proceedings had herein, it is hereby

**ORDERED** that, based upon representations made by Plaintiff's counsel to this court during the Teleconference held October 23, 2019 at 2:00 p.m., ECF No. 18, that Plaintiff intends to file a motion for preliminary injunction, Plaintiff shall file its motion for preliminary injunction by November 1, 2019; it is further

**ORDERED** that Defendant shall file its response to Plaintiff's Motion for Preliminary Injunction by November 8, 2019; it is further

**ORDERED** that a hearing on Plaintiff's Motion for a Preliminary Injunction is scheduled for November 13, 2019 at 2:00 p.m. at the Court of International Trade in New York, New York in Courtroom No. 2.

Dated: October 25, 2019
       New York, NY

/s/ Gary S. Katzmann
                 Judge