UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| INVENERGY RENEWABLES LLC,<br><br>        Plaintiff,<br><br>and<br><br>SOLAR ENERGY INDUSTRIES ASSOCIATION,<br><br>        Plaintiff-Intervenor,<br><br>v.<br><br>UNITED STATES OF AMERICA, OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE, UNITED STATES TRADE REPRESENTATIVE ROBERT E. LIGHTHIZER, U.S. CUSTOMS AND BORDER PROTECTION, and ACTING COMMISSIONER OF U.S. CUSTOMS AND BORDER PROTECTION MARK A. MORGAN,<br><br>        Defendants,<br><br>and<br><br>HANWHA Q CELLS USA, INC.,<br><br>        Defendant-Intervenor. | Before: Judge Gary S. Katzmann<br>Court No. 19-00192 |

## ORDER

On consideration of the Motion for a Temporary Restraining Order filed by Plaintiff, Invenergy Renewables LLC (ECF No. 16); and all other papers and proceedings had herein, it is hereby

**ORDERED** that Plaintiff's Motion for a Temporary Restraining Order is **GRANTED** effective at 12:00 a.m. on November 8, 2019; and it is further

**ORDERED** that Defendants, Office of the United States Trade Representative and the United States Trade Representative, Robert E. Lighthizer, together with its delegates, officers, agents, servants, and employees, shall be temporarily restrained from entering the Withdrawal of

Bifacial Solar Panels Exclusion to the Solar Products Safeguard Measure, 84 Fed. Reg. 54,244 (USTR Oct. 9, 2019) ("Withdrawal"), into effect; and it is further

**ORDERED** that Defendants, Office of the United States Trade Representative and the United States Trade Representative, Robert E. Lighthizer, together with its delegates, officers, agents, servants, and employees, shall be temporarily restrained from making any modification to the Harmonized Tariff Schedule of the United States that includes or reflects the Withdrawal; and it is further

**ORDERED** that Defendants, U.S. Customs and Border Protection, its delegates, officers, agents, and employees are hereby temporarily restrained from enforcing or making effective the Withdrawal or any modifications to the Harmonized Tariff Schedule of the United States reflecting or including the Withdrawal; and it is further

**ORDERED** that, pursuant to USCIT Rule 65(c), during the pendency of the TRO, Plaintiff shall post bond with the court, in the amount of $1.00; and it is further

**ORDERED** that, pursuant to Rule 65(b), the Temporary Restraining Order shall expire on the earlier of November 21, 2019, fourteen days from the date of this order, unless renewed, or the date upon which this court rules upon Plaintiff's Motion for a Preliminary Injunction.

**SO ORDERED.**

/s/  *Gary S. Katzmann*
Gary S. Katzmann, Judge

Dated: November 7, 2019
New York, New York