# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| INVENERGY RENEWABLES LLC,<br><br>    Plaintiff,<br><br>and<br><br>SOLAR ENERGY INDUSTRIES ASSOCIATION,<br><br>    Plaintiff-Intervenor,<br>v.<br><br>UNITED STATES OF AMERICA, OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE, UNITED STATES TRADE REPRESENTATIVE ROBERT E. LIGHTHIZER, U.S. CUSTOMS AND BORDER PROTECTION, and ACTING COMMISSIONER OF U.S. CUSTOMS AND BORDER PROTECTION MARK A. MORGAN,<br><br>    Defendants,<br><br>and<br><br>HANWHA Q CELLS USA, INC.,<br><br>    Defendant-Intervenor. | Before: Judge Gary S. Katzmann<br>Court No. 19-00192 |

## ORDER

It is hereby

**ORDERED** that the hearing on Plaintiff's Motion for a Preliminary Injunction is re-scheduled for November 13, 2019 at 11:00 a.m. at the Court of International Trade in New York, New York in Courtroom No. 2.


Dated: November 8, 2019
       New York, NY

                                                            */s/ Gary S. Katzmann*
                                                            Gary S. Katzmann, Judge