# UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE GARY S. KATZMANN, JUDGE

| | |
|---|---|
| INVENERGY RENEWABLES LLC,<br><br>    Plaintiff,<br><br>and<br><br>SOLAR ENERGY INDUSTRIES ASSOCIATION, CLEARWAY ENERGY GROUP LLC, EDF RENEWABLES, INC. and AES DISTRIBUTED ENERGY, INC.,<br><br>    Plaintiff-Intervenors,<br><br>v.<br><br>UNITED STATES OF AMERICA, OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE, UNITED STATES TRADE REPRESENTATIVE ROBERT E. LIGHTHIZER, U.S. CUSTOMS AND BORDER PROTECTION, and ACTING COMMISSIONER OF U.S. CUSTOMS AND BORDER PROTECTION MARK A. MORGAN,<br><br>    Defendants,<br><br>and<br><br>HANWHA Q CELLS USA, INC.,<br><br>    Defendant-Intervenor. | Court No. 19-00192<br><br>**Order on Plaintiffs' Motion for Preliminary Injunction** |

On consideration of all papers and proceedings had herein, and upon due deliberation, it is hereby

**ORDERED** that Invenergy Renewables LLC's Motion for Preliminary Injunction, ECF No. 49, is **GRANTED** because Invenergy is likely to succeed on the merits, will suffer irreparable harm, and the public interest will be negatively affected if Defendants are not enjoined from

making effective and enforcing the <u>Withdrawal of Bifacial Solar Panels Exclusion to the Solar Products Safeguard Measure</u>, 84 Fed. Reg. 54,244 (USTR Oct. 9, 2019) ("<u>Withdrawal</u>"); and it is further

**ORDERED** that Defendants, Office of the United States Trade Representative and the United States Trade Representative, Robert E. Lighthizer, together with its delegates, officers, agents, servants, and employees, shall be preliminarily enjoined from entering the <u>Withdrawal</u> into effect; and it is further

**ORDERED** that Defendants, Office of the United States Trade Representative and the United States Trade Representative, Robert E. Lighthizer, together with its delegates, officers, agents, servants, and employees, shall be preliminarily enjoined from making any modification to the Harmonized Tariff Schedule of the United States that includes or reflects the <u>Withdrawal</u>; and it is further

**ORDERED** that Defendants, U.S. Customs and Border Protection, its delegates, officers, agents, and employees, including Defendant Acting Commissioner Mark A. Morgan, are hereby preliminarily enjoined from enforcing or making effective the <u>Withdrawal</u> or any modifications to the Harmonized Tariff Schedule of the United States reflecting or including the <u>Withdrawal</u>; and it is further

**ORDERED** that, pursuant to USCIT Rule 65(c), during the pendency of the preliminary injunction, Plaintiff shall continue the bond with the court, in the amount of $1.00; and it is further

**ORDERED** that Defendants are so enjoined effective from the date of issuance of this order until entry of final judgment as to Plaintiffs' claims against Defendants in this case; and it is further

**ORDERED** that the parties shall confer and submit a proposed further schedule in this action by Friday, December 19, 2019.

**SO ORDERED.**

Dated:  December 5, 2019
           New York, New York

                                                                    */s/   Gary S. Katzmann*
                                                                    Gary S. Katzmann, Judge