**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| INVENERGY RENEWABLES LLC,<br><br>        Plaintiff,<br><br>   and<br><br>SOLAR ENERGY INDUSTRIES ASSOCIATION, CLEARWAY ENERGY GROUP LLC, EDF RENEWABLES, INC. and AES DISTRIBUTED ENERGY, INC.,<br><br>        Plaintiff-Intervenors,<br>   v.<br><br>UNITED STATES OF AMERICA, OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE, UNITED STATES TRADE REPRESENTATIVE ROBERT E. LIGHTHIZER, U.S. CUSTOMS AND BORDER PROTECTION, and ACTING COMMISSIONER OF U.S. CUSTOMS and BORDER PROTECTION MARK A. MORGAN,<br><br>        Defendants,<br><br>   and<br><br>HANWHA Q CELLS USA, INC. and AUXIN SOLAR, INC.,<br><br>        Defendant-Intervenors. | Before: Judge Gary S. Katzmann<br>Court No. 19-00192 |

## ORDER

Upon consideration of the Motion to Dismiss filed by Defendants the United States et al ("Defendants") on November 8, 2019, ECF No. 74 ("Motion to Dismiss"); the Motions for Leave to File a Supplemental Complaint filed by Plaintiffs Invenergy Renewables LLC, Clearway Energy Group LLC, AES Distributed Energy Inc., Solar Energy Industries Association, and EDF-

Renewables, Inc. (collectively, "Plaintiffs") on May 4, 2020, ECF Nos. 160–162 ("Motions to Supplement"); the Motion to Vacate Withdrawal and Dismiss the Case as Moot filed by Defendants on February 7, 2020, ECF No. 139 ("Motion to Vacate and Dismiss"); the Motion to Dissolve Preliminary Injunction ("Motion to Dissolve") filed by Defendants on April 16, 2020, ECF No. 156, and all other papers and proceedings had herein, it is hereby

**ORDERED** that Defendants' Motion to Dismiss the case for failure to join an indispensable party is **DENIED**; and it further

**ORDERED** that Plaintiffs' Motions to Supplement are **GRANTED** and their supplemental complaints are deemed filed; and it is further

**ORDERED** that Defendants' Motion to Vacate and Dismiss the case as moot is **DENIED**; and it is further

**ORDERED** that Defendants' Motion to Dissolve the preliminary injunction is **DENIED**; and it is further

**ORDERED** that the parties shall confer and submit a proposed further schedule in this action by Wednesday, June 17, 2020.

**SO ORDERED.**

/s/  Gary S. Katzmann
Gary S. Katzmann, Judge

Dated: May 27, 2020
       New York, New York