UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| INVENERGY RENEWABLES LLC,<br><br>        Plaintiff,<br><br>  and<br><br>SOLAR ENERGY INDUSTRIES ASSOCIATION, CLEARWAY ENERGY GROUP LLC, EDF RENEWABLES, INC. and AES DISTRIBUTED ENERGY, INC.,<br><br>        Plaintiff-Intervenors,<br>  v.<br><br>UNITED STATES OF AMERICA, OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE, UNITED STATES TRADE REPRESENTATIVE ROBERT E. LIGHTHIZER, U.S. CUSTOMS AND BORDER PROTECTION, and ACTING COMMISSIONER OF U.S. CUSTOMS and BORDER PROTECTION MARK A. MORGAN,<br><br>        Defendants,<br><br>  and<br><br>HANWHA Q CELLS USA, INC., and AUXIN SOLAR, INC.,<br><br>        Defendant-Intervenor. | Before: Judge Gary S. Katzmann<br>Court No. 19-00192 |

**ORDER**

Upon consideration of the Partial Consent Motion for Entry of Scheduling Order, ECF No. 197, and Motion to Dissolve Preliminary Injunction, ECF No. 198, filed by Defendants on June 12, 2020; the Joint Response in Opposition to Motion to Expedite and Plaintiffs' Proposed

Schedule, ECF No. 199, filed by Plaintiffs on June 17, 2020; and all other papers and proceedings had herein, it is hereby

**ORDERED** that Plaintiffs file their responses to Defendants' Motion to Dissolve Preliminary Injunction by June 26, 2020; and

**ORDERED** that Defendants file their Answer to Plaintiffs' Supplemental Complaints by July 13, 2020.

The court will address other scheduling matters at a future date.

**SO ORDERED.**

                                                                  /s/   *Gary S. Katzmann*
                                                                  Gary S. Katzmann, Judge

Dated: <u>June 19, 2020</u>
        New York, New York