# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| INVENERGY RENEWABLES LLC,<br><br>   Plaintiff,<br><br>and<br><br>SOLAR ENERGY INDUSTRIES ASSOCIATION, CLEARWAY ENERGY GROUP LLC, EDF RENEWABLES, INC. and AES DISTRIBUTED ENERGY, INC.,<br><br>   Plaintiff-Intervenors,<br><br>   v.<br><br>UNITED STATES OF AMERICA, OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE, UNITED STATES TRADE REPRESENTATIVE ROBERT E. LIGHTHIZER, U.S. CUSTOMS AND BORDER PROTECTION, and ACTING COMMISSIONER OF U.S. CUSTOMS and BORDER PROTECTION MARK A. MORGAN,<br><br>   Defendants,<br><br>and<br><br>HANWHA Q CELLS USA, INC. and AUXIN SOLAR, INC,<br><br>   Defendant-Intervenors. | Before: Judge Gary S. Katzmann<br>Court No. 19-00192 |

## ORDER

Upon consideration of the Emergency Motion to Modify Preliminary Injunction or, in the Alternative, Enter a Temporary Restraining Order, October 20, 2020, ECF No. 263, filed by Plaintiff, Invenergy Renewables LLC, and Plaintiff-Intervenors Clearway Energy Group LLC, AES Distributed Energy Inc., EDF Renewables Inc., and the Solar Energy Industries Association (collectively, "Plaintiffs"); and all other papers and proceedings had herein, it is hereby:

**ORDERED** that, by Friday, October 23, 2020 at 4:00 P.M., Defendants and Defendant-Intervenors are directed to file a response to Plaintiffs' Emergency Motion to Modify Preliminary

Injunction or, in the Alternative, Enter a Temporary Restraining Order, October 20, 2020, ECF No. 263, in the above captioned matter.

**SO ORDERED.**

/s/ *Gary S. Katzmann*
Judge

Dated: October 21, 2020
New York, New York