UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| INVENERGY RENEWABLES LLC,<br><br>        Plaintiff,<br><br>and<br><br>SOLAR ENERGY INDUSTRIES ASSOCIATION, CLEARWAY ENERGY GROUP LLC, EDF RENEWABLES, INC. and AES DISTRIBUTED ENERGY, INC.,<br><br>        Plaintiff-Intervenors,<br>v.<br><br>UNITED STATES OF AMERICA, OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE, UNITED STATES TRADE REPRESENTATIVE ROBERT E. LIGHTHIZER, U.S. CUSTOMS AND BORDER PROTECTION, and ACTING COMMISSIONER OF U.S. CUSTOMS and BORDER PROTECTION MARK A. MORGAN,<br><br>        Defendants,<br><br>and<br><br>HANWHA Q CELLS USA, INC. and AUXIN SOLAR, INC,<br><br>        Defendant-Intervenors. | Before: Judge Gary S. Katzmann<br>Court No. 19-00192 |

**ORDER**

    Upon consideration of the Emergency Motion to Modify Preliminary Injunction or, in the Alternative, Enter a Temporary Restraining Order, October 20, 2020, ECF No. 263, filed by Plaintiff, Invenergy Renewables LLC, and Plaintiff-Intervenors Clearway Energy Group LLC, AES Distributed Energy Inc., EDF Renewables Inc., and the Solar Energy Industries Association (collectively, "Plaintiffs"); Defendants' Response to Plaintiffs' Motion to Amend the Court's Preliminary Injunction or For a Temporary Restraining Order, October 23, 2020, ECF No. 269; Defendant-Intervenors' Hanwha Q CELLS USA, Inc. and Auxin Solar, Inc.'s Response to Plaintiffs' Emergency Motion to Modify Preliminary Injunction, October 23, 2020, ECF No. 268; and all other papers and proceedings had herein, it is hereby:

**ORDERED** that Plaintiffs' Motion, in the Alternative, for a Temporary Restraining Order is **GRANTED** effective at 12:00 a.m. on October 25, 2020; and it is further

**ORDERED** that Defendants, together with its delegates, officers, agents, servants, and employees, shall be temporarily restrained from making any modification to the Harmonized Tariff Schedule of the United States that includes or reflects Proclamation 10101 of October 10, 2020, To Further Facilitate Positive Adjustment to Competition From Imports of Certain Crystalline Silicon Photovoltaic Cells (Whether or Not Partially or Fully Assembled Into Other Products), 85 Fed. Reg. 65,639 (Oct. 16, 2020) ("Proclamation 10101"), insofar as it relates to bifacial solar panels or bifacial panels; and it is further

**ORDERED** that Defendants, U.S. Customs and Border Protection, its delegates, officers, agents, and employees are hereby temporarily restrained from enforcing or making effective Proclamation 10101 insofar as it relates to bifacial solar panels or bifacial panels or any modifications to the Harmonized Tariff Schedule of the United States reflecting or including Proclamation 10101 insofar as it relates to bifacial solar panels or bifacial panels; and it is further

**ORDERED** that, pursuant to USCIT Rule 65(c), during the pendency of the Temporary Restraining Order, Plaintiffs shall post bond with the court, in the amount of $1.00; and it is further

**ORDERED** that, pursuant to USCIT Rule 65(b), the Temporary Restraining Order shall expire on the earlier of November 7, 2020, fourteen days from the date of this order, unless renewed, or the date upon which this court rules upon Plaintiffs' Motion to Modify Preliminary Injunction; and it is further

**ORDERED** that a remote hearing on Plaintiffs' Motion to Modify Preliminary Injunction is scheduled for November 5, 2020 at 11:00 a.m. with dial-in or platform information to be provided by the court; and is further

**ORDERED** that Defendants and Defendant-Intervenors shall file replies to Plaintiffs' Motion for Leave to File Second Supplemental Complaints, October 17, 2020, ECF No. 257, by November 3, 2020; and that all parties shall reply to Defendant-Intervenors' Conditional Motion For a Panel of Three Judges, October 20, 2020, ECF No. 264, by November 3, 2020.

**SO ORDERED.**

/s/  Gary S. Katzmann
Judge

Dated:  October 24, 2020
           New York, New York