# United States Court of International Trade
## Honorable Gary S. Katzmann
### Appearance Sheet

Docket No.  19-00192
November 5, 2020 – Hearing via Webex
11:00 a.m.
Jurisdiction 1581(i)

Invenergy Renewables LLC et al

Plaintiff,
v.
United States,

Defendant et al.

___

### Counsel

**Plaintiff** (Invenergy)
**Plaintiff-Intervenor** (Clearway)
**Amanda Berman**
**John Brew**
**Larry F. Eisenstat**
Crowell & Moring LLP

**Defendant**
**Stephen Tosini**

**Plaintiff Intervenor** (SEIA)
**Matthew Nicely**
**Daniel Witkowski**
Akin, Gump, Strauss, Hauer
& Feld LLP

**Defendant Intervenor** (Hanwha)
**Diana Dimitriuc-Quaia**
**John Gurley**
**Taniel Anderson**
**Friederike Goergens**
**Jessica DiPietro**

**Plaintiff Intervenor** (EDF Renewables)
**Keven O'Brien**
**Christine Streatfeild**
Baker & McKenzie, LLP