NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INVENERGY RENEWABLES LLC, SOLAR ENERGY INDUSTRIES ASSOCIATION, CLEARWAY ENERGY GROUP LLC, EDF RENEWABLES, INC., AES DISTRIBUTED ENERGY, INC.,**
*Plaintiffs-Appellees*

v.

**UNITED STATES, OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE, UNITED STATES CUSTOMS AND BORDER PROTECTION, ROBERT E. LIGHTHIZER,** United States Trade Representative, **MARK A. MORGAN,** Acting Commissioner of U.S. Customs and Border Protection,
*Defendants-Appellants*

**HANWHA Q CELLS USA INC., AUXIN SOLAR,**
*Defendants*

---

2020-2130

---

Appeal from the United States Court of International Trade in No. 1:19-cv-00192-GSK, Judge Gary S. Katzmann.

---

**O R D E R**

The parties having so agreed,

IT IS ORDERED THAT:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42(b).

(2) Each party shall bear its own costs.

FOR THE COURT

January 29, 2021

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

**ISSUED AS A MANDATE:** January 29, 2021