THE UNITED STATES COURT OF INTERNATIONAL TRADE
Before: Hon. Gary S. Katzmann

| | |
|---|---|
| INVENERGY RENEWABLES LLC,<br><br>Plaintiff,<br><br>SOLAR ENERGY INDUSTRIES ASSOCIATION, CLEARWAY ENERGY GROUP LLC, EDF RENEWABLES, INC., and AES DISTRIBUTED ENERGY INC.,<br><br>Plaintiff-Intervenors,<br><br>v.<br><br>THE UNITED STATES, *et al.*,<br><br>Defendants. | Case No. 19-00192 |

## NOTICE TO WITHDRAW LELAND P. FROST

**PLEASE TAKE NOTICE** that Leland P. Frost has left the employment of Crowell & Moring LLP. Accordingly, please remove Leland Frost from the list of counsel from Crowell & Moring LLP representing the plaintiff, Invenergy Renewables, LLC, Clearway Energy Group, and AES Distributed Energy, Inc. in this proceeding.

                                                         Respectfully submitted,

                                                          /s/ Frances Hadfield
                                                          John B. Brew
                                                          Frances Hadfield

                                                          Crowell & Moring LLP
                                                          1001 Pennsylvania Ave., NW
                                                          Washington, DC 20004
                                                          Tel: (202) 624-2500
                                                          Fax: (202) 628-5116

Dated: June 4, 2021                                    *Counsel for Invenergy Renewables, LLC.*
                                                          *Clearway Energy Group, LLC, and AES*
                                                          *Distributed Energy, Inc.*